IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CalAmp Corp., *et al.*, | Case No. 24-11136 (LSS) |
| Debtors.[1] | (Joint Administration Requested) |

**NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS AND RELATED DOCUMENTS AND (II) AGENDA FOR HEARING ON FIRST DAY MOTIONS SCHEDULED FOR JUNE 4, 2024 AT 11:00 A.M. (ET)[2]**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend in-person unless permitted to appear remotely via Zoom. Please refer to Judge Silverstein's Chambers Procedures (https://www.deb.uscourts.gov/chief-judge-laurie-selber-silverstein) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Silverstein's expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required by one hour prior the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**PLEASE TAKE NOTICE** that, on June 3, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the following voluntarily petitions (the "Petitions") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532:

A.   Voluntary Petitions:

    1.   CalAmp Corp. [Case No. 24-11136]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: CalAmp Corp. (7070); CalAmp Wireless Networks Corporation (1740); LoJack Global LLC (4794); and Synovia Solutions LLC (2994). The Debtors' service address is 15635 Alton Parkway, Suite 250, Irvine, CA 92618.

[2] All motions and other pleadings referenced herein are available online at the following address: https://cases.stretto.com/CalAmp.

2.  CalAmp Wireless Networks Corporation [Case No. 24-11137]

3.  LoJack Global LLC [Case No. 24-11138]

4.  Synovia Solutions LLC [Case No. 24-11139]

**PLEASE TAKE FURTHER NOTICE** that, on June 3, 2024, in addition to the filing of the Petitions, the Debtors filed the following first day motions and related pleadings (collectively, the "First Day Motions").

B.  First Day Motions:

5.  Debtors' Motion for an Order Directing Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 2 - filed June 3, 2024]

6.  Debtors' Application for Appointment of Stretto, Inc. as Claims and Noticing Agent [Docket No. 3 - filed June 3, 2024]

7.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Redact Certain Personally Identifiable Information; (II) Modifying the Requirement to Provide Notice Directly to the Equity Security Holders; and (III) Granting Related Relief [Docket No. 4 - filed June 3, 2024]

8.  Debtors' Motion for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, and (IV) Granting Related Relief [Docket No. 7 - filed June 3, 2024]

9.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees, (II) Authorizing the Debtors' Banks to Honor All Related Payment Requests, and (III) Granting Related Relief [Docket No. 8 - filed June 3, 2024]

10. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing, but Not Directing, the Debtors to (A) Pay Prepetition Wages, Compensation, Employee Benefits, and Other Employee Obligations and (B) Continue Certain Employee Benefit Programs in the Ordinary Course; (II) Authorizing All Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations; and (III) Granting Related Relief [Docket No. 9 - filed June 3, 2024]

11. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Trade Claims in the Ordinary Course of Business, (II) Authorizing Banks to Honor and Process Checks and Related Transfers, and (III) Granting Related Relief [Docket No. 10 - filed June 3, 2024]

12. Debtors' Motion Pursuant to Section 345 of the Bankruptcy Code for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Perform Intercompany Transactions, and (D) Maintain Existing Business Forms; (II) Authorizing the Debtors' Banks to Honor All Related Payment Requests; and (III) Granting Related Relief [Docket No. 11 - filed June 3, 2024]

13. Debtors' Motion for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of Common Stock and (II) Granting Related Relief [Docket No. 12 - filed June 3, 2024]

14. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to Secured Parties; (III) Modifying Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Docket No. 13 - filed June 3, 2024]

15. Debtors' Motion for Entry of an Order (I) Scheduling a Combined Hearing on Adequacy of Disclosure Statement and Confirmation of Prepackaged Plan; (II) Establishing the Plan and Disclosure Statement Objection Deadlines and Related Procedures; (III) Approving the Solicitation Procedures and Form of Ballot; (IV) Directing that a Meeting of Creditors Not Be Convened; (V) Waiving the Requirement of Filing Statements of Financial Affairs and Schedules of Assets and Liabilities; and (VI) Granting Related Relief [Docket No. 14 - filed June 3, 2024]

   i. Joint Prepackaged Chapter 11 Plan of Reorganization of CalAmp Corp. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 16 - filed June 3, 2024]

   ii. Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of Reorganization of CalAmp Corp. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 17 - filed June 3, 2024]

C. First Day Declarations:

16. Declaration of Jikun Kim in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 15 - filed June 3, 2024]

**PLEASE TAKE FURTHER NOTICE** that, an in-person hearing with respect to the First Day Motions is scheduled for **June 4, 2024 at 11:00 a.m. (ET)** (the "First Day Hearing") at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor,

Courtroom No. 2, Wilmington, Delaware 19801 before The Honorable Laurie Selber Silverstein, United States Bankruptcy Chief Judge for the District of Delaware. Parties who wish to participate in the First Day Hearing may do so by (i) reviewing Judge Silverstein's Chambers Procedures regarding expectations of remote participants (https://www.deb.uscourts.gov/chief-judge-laurie-selber-silverstein), (ii) reviewing the Court's website for information on who may participate remotely, the method of allowed participation (video or audio), and the advance registration requirements, and (iii) if permitted to appear remotely, by registering using the Court's *eCourtAppearances* tool at http://www.deb.uscourts.gov/ecourt-appearances found on the Court's website. Registration is required one-hour prior to the hearing unless otherwise noticed.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Motions may be made at the First Day Hearing.

| | |
|---|---|
| Dated: June 3, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Gregory J. Flasser*<br>L. Katherine Good (No. 5101)<br>Aaron H. Stulman (No. 5807)<br>Gregory J. Flasser (No. 6154)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email: kgood@potteranderson.com<br>         astulman@potteranderson.com<br>         gflasser@potteranderson.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |

4