# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CalAmp Corp., *et al.*, | Case No. 24-11136 (LSS) |
| Debtors.[1] | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Akin Gump Strauss Hauer & Feld LLP and Pashman Stein Walder Hayden, P.C., hereby enter their appearance (the "Notice of Appearance") in the above-captioned cases as counsel to Lynrock Lake Master Fund LP ("Lynrock"), pursuant to section 1109(b) of title 11 of the United States Code, rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

**PASHMAN STEIN WALDER HAYDEN, P.C.**
John W. Weiss
Henry J. Jaffe
Joseph C. Barsalona II
1007 North Orange Street, 4th Floor, Suite 183
Wilmington, DE 19801
Telephone: (302) 592-6496
Facsimile: (201) 488-5556
Email: jweiss@pashmanstein.com
hjaffe@pashmanstein.com
jbarsalona@pashmanstein.com

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Michael S. Stamer
Jason P. Rubin
Joseph E. Szydlo
One Bryant Park
Bank of America Tower
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: mstamer@akinump.com
jrubin@akingump.com
jszydlo@akingump.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: CalAmp Corp. (7070); CalAmp Wireless Networks Corporation (1740); LoJack Global LLC (4794); and Synovia Solutions LLC (2994). The Debtors' service address is 15635 Alton Parkway, Suite 250, Irvine, CA 92618.

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, email or otherwise, (1) that affects or seeks to affect in any way any rights or interests of any creditor or party in interest in these cases, with respect to (a) the debtors in the above-captioned cases (the "Debtors") and any related adversary proceedings, whether currently pending or later commenced, (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use, or (2) that requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of Lynrock: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which Lynrock is or may be entitled under

agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

| | |
|---|---|
| Dated: June 3, 2024<br>Wilmington, Delaware | **PASHMAN STEIN WALDER HAYDEN, P.**C<br><br>By: */s/ John W. Weiss*<br>John W. Weiss (Del. I.D. No. 4160)<br>Henry J. Jaffe (Del. I.D. No. 2987)<br>Joseph C. Barsalona II (Del. I.D. No. 6102)<br>1007 North Orange Street, 4th Floor, Suite 183<br>Wilmington, DE 19801<br>Telephone: (302) 592-6496<br>Email: jweiss@pashmanstein.com<br>         hjaffe@pashmanstein.com<br>         jbarsalona@pashmanstein.com<br><br>-and-<br><br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Michael S. Stamer<br>Jason P. Rubin<br>Joseph E. Szydlo<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>Email: mstamer@akingump.com<br>         jrubin@akingump.com<br>         jszydlo@akingump.com<br><br>*Counsel to Lynrock Lake Master Fund LP* |

**CERTIFICATE OF SERVICE**

I, John Weiss, hereby certify that on June 3, 2024, I caused a copy of the foregoing *NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS* to be served on all parties who are scheduled to receive notice through the Court's ECF system.

**PASHMAN STEIN WALDER HAYDEN, P.C.**

By: */s/ John W. Weiss*
John W. Weiss (Del. I.D. No. 4160)
1007 North Orange Street
4th Floor, Suite 183
Wilmington, DE 19801
(302) 592-6496
jweiss@pashmanstein.com

*Counsel to Lynrock Lake Master Fund LP*