# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CalAmp Corp., *et al.*, | Case No. 24-11136 (LSS) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the addresses of Pashman Stein Walder Hayden, P.C., counsel to Lynrock Lake Master Fund LP, have changed as follows:

**PASHMAN STEIN WALDER HAYDEN, P.C.**
John W. Weiss
Henry J. Jaffe
Joseph C. Barsalona II
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Facsimile: (201) 488-5556
Email: jweiss@pashmanstein.com
hjaffe@pashmanstein.com
jbarsalona@pashmanstein.com

**PLEASE TAKE FURTHER NOTICE** that copies of any and all notices and papers filed or entered in this cases pursuant to section 1109(b) of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware shall be given to and served upon counsel at the address set forth above.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: CalAmp Corp. (7070); CalAmp Wireless Networks Corporation (1740); LoJack Global LLC (4794); and Synovia Solutions LLC (2994). The Debtors' service address is 15635 Alton Parkway, Suite 250, Irvine, CA 92618.

| | |
|---|---|
| Dated: June 14, 2024<br>Wilmington, Delaware | **PASHMAN STEIN WALDER HAYDEN, P.C**<br><br>By: */s/ John W. Weiss*<br>John W. Weiss (Del. Bar No. 4160)<br>Henry J. Jaffe (Del. Bar No. 2987)<br>Joseph C. Barsalona II (Del. Bar No. 6102)<br>824 North Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 592-6496<br>Email: jweiss@pashmanstein.com<br>          hjaffe@pashmanstein.com<br>          jbarsalona@pashmanstein.com<br><br>*Counsel to Lynrock Lake Master Fund LP* |

## CERTIFICATE OF SERVICE

I, John Weiss, hereby certify that on June 14, 2024, I caused a copy of the foregoing *NOTICE OF CHANGE OF ADDRESS* to be served on all parties who are scheduled to receive notice through the Court's ECF system.

**PASHMAN STEIN WALDER HAYDEN, P.C.**

By: */s/ John W. Weiss*
John W. Weiss (Del. Bar No. 4160)
824 North Market Street, Suite 800
Wilmington, DE 19801
(302) 592-6496
jweiss@pashmanstein.com

*Counsel to Lynrock Lake Master Fund LP*