# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CalAmp Corp., *et al.*,[1] | Case No. 24-11136 (LSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON JULY 11, 2024 AT 9:30 A.M. (ET)

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend in-person unless permitted to appear remotely via Zoom. Please refer to Judge Silverstein's Chambers Procedures (https://www.deb.uscourts.gov/chief-judge-laurie-selber-silverstein) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Silverstein's expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required by 4:00 p.m. (ET) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

## RESOLVED MATTER:

1. Debtors' Motion for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of Common Stock and (II) Granting Related Relief [Docket No. 12 - filed June 3, 2024]

    Response/Objection Deadline:    June 24, 2024 at 4:00 p.m. (ET).

    Responses/Objections Received:    None.

    Related Documents:

    A.  Interim Order (I) Approving Notification and Hearing Procedures for Certain Transfers of Common Stock and (II) Granting Related Relief [Docket No. 43 – entered June 5, 2024]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: CalAmp Corp. (7070); CalAmp Wireless Networks Corporation (1740); LoJack Global LLC (4794); and Synovia Solutions LLC (2994). The Debtors' service address is 15635 Alton Parkway, Suite 250, Irvine, CA 92618.

- B. Notice of Interim Order (I) Approving Notification and Hearing Procedures for Certain Transfers of Common Stock and (II) Granting Related Relief [Docket No. 47 – filed June 5, 2024]

- C. Certificate of No Objection Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of Common Stock and (II) Granting Related Relief [Docket No. 117 - filed July 8, 2024]

- D. Final Order (I) Approving Notification and Hearing Procedures for Certain Transfers of Common Stock and (II) Granting Related Relief [Docket No. 118 – entered July 8, 2024]

Status: On July 8, 2024, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

**CONFIRMATION:**

2. Amended Joint Prepackaged Chapter 11 Plan of Reorganization of CalAmp Corp. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (the "Plan") [Docket No. 124-1 – filed July 9, 2024]

   Response/Objection Deadline: July 5, 2024 at 4:00 p.m. (ET). Extended for the City of Edmonton ("Edmonton") until July 7, 2024 and for Flextronics Industrial Ltd ("Flex") until July 8, 2024 at 4:00 p.m. (ET).

   Responses/Objections Received:

   i. Informal response from Gartner, Inc. ("Gartner").

   ii. Informal response from the Internal Revenue Service (the "IRS").

   iii. Informal response from certain Texas Taxing Authorities.

   iv. Informal response from The Bank of New York Mellon Trust Company, N.A.

   v. Informal response from Edmonton.

   vi. Informal response from Celestica LLC.

   vii. Informal response from Flex.

   viii. Objection by the U.S. Securities and Exchange Commission to Debtors' Joint Prepackaged Plan of Reorganization [Docket No. 113 – filed July 5, 2024]

ix.  United States Trustee's Objection to Joint Prepackaged Chapter 11 Plan of Reorganization of CalAmp Corp. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 116 – filed July 5, 2024]

Related Documents:

A.  Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of Reorganization of CalAmp Corp. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 17 - filed June 3, 2024]

B.  Order (I) Scheduling a Combined Hearing on Adequacy of Disclosure Statement and Confirmation of Prepackaged Plan; (II) Establishing the Plan and Disclosure Statement Objection Deadlines and Related Procedures; (III) Approving the Solicitation Procedures and Form of Ballot; (IV) Directing that a Meeting of Creditors Not Be Convened; (V) Waiving the Requirement of Filing Statements of Financial Affairs and Schedules of Assets and Liabilities; and (VI) Granting Related Relief [Docket No. 39 – entered June 4, 2024]

C.  Notice of (I) Commencement of Prepackaged Chapter 11 Bankruptcy Cases, (II) Combined Hearing on the Disclosure Statement, Confirmation of the Joint Prepackaged Chapter 11 Plan, and Related Matters, and (III) Related Objection and Briefing Deadlines [Docket No. 45 – filed June 5, 2024]

D.  Affidavit of Service Regarding Notice of (I) Commencement of Prepackaged Chapter 11 Bankruptcy Cases, (II) Combined Hearing on the Disclosure Statement, Confirmation of the Joint Prepackaged Chapter 11 Plan, and Related Matters, and (III) Related Objection and Briefing Deadlines (Docket No. 45), Notice of Non-Voting Status to Holders of Classes 1, 2, 4, 5, 6, 7, and 8 Claims and Interests (attached hereto as Exhibit I), Class 8 Equity Interests and Section 510(b) Claims Opt-Out Election Form (attached hereto as Exhibit J), Instructional Cover Letter to Nominees, Banks, and Brokers (attached hereto as Exhibit K), Instructional Cover Letter to Nominees, Banks, and Brokers (attached hereto as Exhibit L), and Business Return Envelope (addressed to Stretto) [Docket No. 61 – filed June 13, 2024]

E.  Certificate of Publication for the Notice of Commencement of Prepackaged Chapter 11 Bankruptcy Cases and Combined Hearing on the Disclosure Statement and Confirmation of the Joint Prepackaged Chapter 11 Plan in the National Edition of USA Today [Docket No. 66 – filed June 14, 2024]

F.  Notice of Filing of Plan Supplement for the Joint Prepackaged Chapter 11 Plan of Reorganization of CalAmp Corp. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 109 – filed June 28, 2024]

11555334v.2

G.  Declaration of Eric Scroggins in Support of Confirmation of the Amended Joint Prepackaged Chapter 11 Plan of Reorganization of CalAmp Corp. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 119 - filed July 8, 2024]

H.  Declaration of Jung W. Song Regarding the Solicitation of Votes and Tabulation of Ballot Cast On, and Elections to Opt Out of the Third Party Release of the Amended Joint Prepackaged Chapter 11 Plan of Reorganization of CalAmp Corp. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 120 - filed July 8, 2024]

I.  Declaration of Jikun Kim, Chief Financial Officer of the Debtors, in Support of (I) Approval of the Disclosure Statement and (II) Confirmation of the Amended Joint Prepackaged Chapter 11 Plan of Reorganization of CalAmp Corp. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 121 - filed July 9, 2024]

J.  Declaration of Jill Frizzley in Support of Confirmation of the Amended Joint Prepackaged Chapter 11 Plan of Reorganization of CalAmp Corp. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 122 - filed July 9, 2024]

K.  Notice of Filing of Amended Joint Prepackaged Chapter 11 Plan of Reorganization of CalAmp Corp. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 124 – filed July 9, 2024]

L.  Memorandum of Law in Support of an Order (I) Approving the Adequacy of the Disclosure Statement and (II) Confirming the Amended Joint Prepackaged Chapter 11 Plan of Reorganization of CalAmp Corp. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 125 - filed July 9, 2024]

M.  Notice of Filing Proposed Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement for, and Confirming the Amended Joint Prepackaged Chapter 11 Plan of Reorganization of CalAmp Corp. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 126 - filed July 9, 2024]

Status:  This matter is going forward on an uncontested basis.  All informal responses and objections have been resolved through revisions to the Plan and certain resolutions incorporated into the proposed confirmation order.

[*Remainder of Page Intentionally Left Blank*]

|  |  |
|---|---|
| Dated: July 9, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Aaron H. Stulman*<br>L. Katherine Good (No. 5101)<br>Aaron H. Stulman (No. 5807)<br>Gregory J. Flasser (No. 6154)<br>Sameen Rizvi (No. 6902)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: kgood@potteranderson.com<br>   astulman@potteranderson.com<br>   gflasser@potteranderson.com<br>   srizvi@potteranderson.com<br><br>*Counsel to the Debtors and Debtors in Possession* |