IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CalAmp Corp., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 24-11136 (LSS) <br><br> (Jointly Administered) <br><br> **Re: Docket Nos. 16, 17, 124, & 126** |

**CERTIFICATION OF COUNSEL REGARDING FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER (I) APPROVING THE DISCLOSURE STATEMENT FOR, AND CONFIRMING THE AMENDED JOINT PREPACKAGED CHAPTER 11 PLAN OF REORGANIZATION OF CALAMP CORP. AND ITS DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE AND (II) GRANTING RELATED RELIEF**

The undersigned hereby certifies as follows:

1. On June 3, 2024, the Debtors filed the *Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of Reorganization of CalAmp Corp. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 17] (the "Disclosure Statement") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On July 9, 2024, the Debtors filed the *Amended Joint Prepackaged Chapter 11 Plan of Reorganization of CalAmp Corp. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 124-1] (as amended or modified, the "First Amended Plan").[2]

3. Also on July 9, 2024, the Debtors filed the *Proposed Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement for, and Confirming the Amended Joint Prepackaged Chapter 11 Plan of Reorganization of CalAmp Corp. and Its Debtor Affiliates*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: CalAmp Corp. (7070); CalAmp Wireless Networks Corporation (1740); LoJack Global LLC (4794); and Synovia Solutions LLC (2994). The Debtors' service address is 15635 Alton Parkway, Suite 250, Irvine, CA 92618.

[2] On June 3, 2024, the Debtors filed the "solicitation version" of the Plan. *See* Docket No. 16.

11615029v.2

*Pursuant to Chapter 11 of the Bankruptcy Code and (II) Granting Related Relief* [Docket No. 126] (the "Proposed Confirmation Order").

4. On July 11, 2024, the Court conducted a hearing (the "Hearing") to consider the adequacy of the Disclosure Statement and confirmation of the First Amended Plan. During the Hearing, the Court made certain rulings and requested certain modifications to the Proposed Confirmation Order.

5. To address the Court's rulings made during the Hearing, the Debtors have revised the Proposed Confirmation Order, and such revised order is attached hereto as **Exhibit A** (the "Revised Confirmation Order"). For the convenience of the Court and all parties in interest, a blackline of the Revised Confirmation Order against the Proposed Confirmation Order is attached hereto as **Exhibit B**.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Revised Confirmation Order, attached hereto as **Exhibit A**, at its earliest convenience without further notice or hearing.

Dated: July 11, 2024
       Wilmington, Delaware

Respectfully submitted,

*/s/ Gregory J. Flasser*
L. Katherine Good (No. 5101)
Aaron H. Stulman (No. 5807)
Gregory J. Flasser (No. 6154)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: kgood@potteranderson.com
     astulman@potteranderson.com
     gflasser@potteranderson.com

*Counsel to the Debtors and Debtors in Possession*